UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CHRISTOPHER J. DANIELLO,** *Plaintiff* | § § § |
| v. | §   No.  1:23-CV-01047-DII § |
| **APP SOLUTIONS INTERNATIONAL, LLC,** *Defendant* | § § § § |

## ORDER

Before the Court are Defendant App Solutions International, LLC's Unopposed Motion to Set Status Conference, Dkt. 16, and Plaintiff Christopher Daniello's Attorney's Motion to Withdraw, Dkt. 17. The District Judge referred the motions to the undersigned for disposition. The Court set the motions for hearing, and after considering the record in the case, the parties' filings, the applicable law, and counsel's arguments at the hearing, the Court announced its rulings, and the reasons for those rulings, on the record. This written order memorializes those rulings.

Defendant's Motion to Set Status Conference asks the Court to "identify appropriate next steps and schedule deadlines if this case is to proceed." Dkt. 16, at 5. In light of the Court's decision, *infra*, to grant Plaintiff's counsel's motion to withdraw, the Court **GRANTS** Defendant's motion and **ORDERS** that the stay of the case previously granted by the District Judge is extended for a period of 30 days to afford Plaintiff an opportunity to obtain new counsel or to confirm to the Court his intention to represent himself in this matter.

1

The Court **FURTHER ORDERS** that, no later than the expiration of this extended stay, (1) if Plaintiff secures substitute counsel, that the attorney file a notice of appearance in accordance with the Local Rules and Federal Rules of Civil Procedure; or (2) if Plaintiff decides to represent himself in this matter, to file an advisory with the Court informing the Court of that decision. Should Plaintiff opt to represent himself, the Court refers Plaintiff to the resources found at the "Filing Without an Attorney" section of the Western District of Texas's website.

Lastly, with respect to Dkt. 16, the Court **ORDERS** the parties to meet and confer regarding a scheduling order in the case and to file a proposed scheduling order, consistent with Western District of Texas Local Rule CV-16(a) and (c), no later than March 5, 2024.

For the reasons stated on the record, the Court **GRANTS** Plaintiff's counsel's motion to withdraw, Dkt. 17, and **ORDERS** counsel to file a supplement to his motion with the material required by Western District of Texas Local Rule AT-3.

SIGNED January 18, 2024.

                                                DUSTIN M. HOWELL
                                                UNITED STATES MAGISTRATE JUDGE